1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   PAUL LEHR and COLLEEN LEHR,        CIV NO. 2:17-01188 WBS GGH

12              Plaintiffs,

13        v.                            ORDER RE: MOTION TO DISMISS

14   FRANK M. PERRI, PERRI
     ELECTRIC, INC, a California
15   Corporation, PERRI ELECTRIC
     INC. PROFIT SHARING PLAN,
16   PERRI ELECTRIC INC. PROFIT
     SHARING FUND, and DOES 1-50,
17   ,

18              Defendants.

19

20             Plaintiffs Paul and Colleen Lehr brought this action

21   against defendants Frank M. Perri, Perri Electric, Inc., Perri

22   Electric Inc. Profit Sharing Plan, Perri Electric Inc. Profit

23   Sharing Fund, and Does 1-50 alleging violations of the Employee

24   Retirement Security act of 1974 ("ERISA"), 29 U.S.C. §§

25   1132(a)(1)(B) and 1132(a)(3).  Before the court is defendants'

26   Frank M. Perry and Perri Electric, Inc. Motion to dismiss for

27   failure to state a claim.

28             It is alleged in the complaint that Frank M. Perri was

1

the sole shareholder and executive officer of the entity

defendants; that Frank M. Perri acted as the authorized

representative of the Plan(s) and made affirmative claims on the

Plan(s) behalf to obtain insurance compensation and restitution

on behalf of the Plan(s); that Frank M. Perri did not use the

ERISA designated insurance and restitution proceeds for the

benefit of the Plan(s) or beneficiaries, but rather used them for

his own personal and/or business benefit, and; that Frank M.

Perri and his entities failed and refused to respond to questions

regarding the status of the Plan(s) and failed and refused to

provide the Plan(s) documentation to plaintiffs.

      Because the foregoing facts are sufficient to state a

claim, IT IS HEREBY ORDERED that defendants' motion to dismiss

be, and the same hereby is, DENIED.

Dated:  October 17, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2