UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN P. LEHR, et al., | No. 2:17-cv-01188-WBS-GGH |
| Plaintiffs, | |
| v. | ORDER |
| PERRI ELECTRIC, INC. PROFIT SHARING PLAN, et al., | |
| Defendants. | |

The parties to this action have stipulated, through counsel, to alter the dates for expert disclosure and discovery now found in the district court's scheduling order and explain that the alteration is necessitated by the recent substitution of counsel on behalf of plaintiffs to allow adequate review and preparation time. The parties also agree that the requested changes will not affect any of the other dates found in the scheduling order.

In light of the foregoing and good cause appearing therefore IT IS HEREBY ORDERED that:

1. The time for the parties' disclosure of principal experts in accordance with Federal Rule of Civil Procedure 26(a)(2) is hereby extended to December 3, 2018;

2. The time for the parties' disclosure of rebuttal experts is hereby extended to January 2, 2019;

1

3. The deadline for completion of all expert recovery is hereby extended to February 1, 2019;

4. All other dates in the court's pretrial scheduling order, ECF No. 22, shall remain unchanged.

**IT IS SO ORDERED.**

Dated: November 20, 2018

<u>/s/ Gregory G. Hollows</u>
UNITED STATES MAGISTRATE JUDGE
