UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN P. LEHR, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PERRI ELECTRIC, INC. PROFIT SHARING PLAN, et al.,<br><br>Defendants. | No. 2:17-cv-01188-WBS-GGH<br><br><br><br>ORDER |

The parties to this action have stipulated, through counsel, to alter the dates for expert disclosure reports. There have been several such requests to extend discovery deadlines. See e.g., ECF No. 26, 22. The present stipulation, however, impacts other portions of the district court's orders, ECF No. No. 20, and later adjustments found in ECF Nos. 22, 26, insofar as the new dates for expert reports would interfere with an intelligent assessment regarding whether rebuttal experts should be named. In addition the new requested reports date would come after the current date to disclose rebuttal experts, and so shorten the time for expert discovery, that it is unlikely to be able to be completed timely. Nonetheless, the court will give the parties until December 21, 2018 for production of expert reports. No other changes will be made to the scheduling order as it now stands, and any further effort to extend scheduled discovery dates will be rejected without a demonstration of compelling reasons therefor.

In light of the foregoing and good cause appearing therefore IT IS HEREBY ORDERED that:

    1.    The time for the parties' disclosure of principal experts' reports, in accordance with Federal Rule of Civil Procedure 26(a)(2), is hereby extended to December 21, 2018;

    2.    All other dates in the court's pretrial scheduling order, ECF No. 20, as amended by ECF Nos. 22 and 26, shall remain unchanged.

**IT IS SO ORDERED.**

Dated: December 4, 2018

                                 /s/ Gregory G. Hollows
                        UNITED STATES MAGISTRATE JUDGE