UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL LEHR and COLLEEN LEHR,<br><br>Plaintiffs,<br><br>v.<br><br>FRANK M. PERRI, et al.,<br><br>Defendants. | No. 2:17-cv-01188-WBS-AC<br><br><br><br>ORDER |

This matter is before the court on the parties' stipulation for an extension of certain case deadlines. ECF No. 32. On November 15, 2017, the assigned District Judge issued a Status (Pretrial Scheduling) Order in this action. ECF No. 20. Pursuant to that order, the undersigned may decide requests to modify the dates therein, except requests to change the date of the trial. Id. at 5.

The parties now request, among other things, that the deadline for hearing of dispositive motions be extended to March 29, 2019. ECF No. 32 at 4. The pretrial conference in this case is currently set for April 14, 2019, and a bench trial is set for June 25, 2019. ECF No. 22. A dispositive motions deadline of March 29 does not reasonably provide for pretrial conference on April 14. The parties have not requested an extension of the pretrial conference, and a change to

////

////

the pretrial scheduling conference would likely necessitate a change to the date of trial.[1]

Accordingly, IT IS HEREBY ORDERED that the parties' stipulation to continue certain deadlines in this case (ECF No. 32) is DENIED.

DATED: January 14, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] If the parties wish to seek modification to the dates for the pretrial conference and trial, the parties shall make such a request to the assigned District Judge.