Christopher J. Fry, Esq. (SBN: 298874)
   Email: cfry@frylawcorp.com
**FRY LAW CORPORATION**
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 291-0700
Facsimile: (916) 848-0256

Attorneys for Plaintiffs,
**PAUL LEHR and COLLEEN LEHR**

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| PAUL LEHR and COLLEN LEHR,<br><br>Plaintiffs,<br><br>vs.<br><br>FRANK M. PERRI; PERRI ELECTRIC, INC., a California Corporation; PERRI ELECTRIC INC. PROFIT SHARING PLAN; PERRI ELECTRIC INC. PROFIT SHARING TRUST FUND; and DOES 1-50,<br><br>Defendants. | **CASE NO.:** 2:17-cv-01188 WBS GGH<br><br>**STIPULATION RE CONDITIONAL NON-OPPOSITION OF EX PARTE APPLICATION; REQUEST TO REVISE TRIAL AND SOME RELATED DATES**<br><br>[*Proposed Order filed concurrently herewith.*]<br><br>**Date:** TBD<br>**Time:** TBD<br>**Courtroom:** TBD<br>**Judge:** Hon. William B. Shubb<br><br>**Trial:** June 25, 2019<br><br>**Action Filed:** June 7, 2017 |

**STIPULATION RE CONDITIONAL NON-OPPOSITION**

1   IT IS HEREBY AND AGREED, between Plaintiffs PAUL LEHR and COLLEN LEHR ("Plaintiffs"), Defendants FRANK M. PERRI and PERRI ELECTRIC, INC., a California Corporation; (collectively "Defendants"), through their respective counsel of record, as follows:

WHEREAS, on January 7, 2019, Plaintiffs filed their "Ex Parte Application to Extend Expert Report Deadlines" and supporting documents;

WHEREAS, on January 9 and January 10, the Parties continued to meet and confer and have come to a conditional agreement subject to the Court's approval;

WHEREAS, Defendants have reviewed the Application and do not wish to file any opposition so long as the deadlines are extended as follows;

WHEREAS, the Parties have agreed to retroactively extend the time to produce expert reports to January 4, 2019 considering Plaintiffs' production timely;

WHEREAS, the Parties have agreed that Defendants' disclosure of rebuttal expert witness reports shall be extended to February 20, 2019;

WHEREAS, the Parties have agreed that both sides' deadline to conduct expert discovery shall be extended to March 6, 2019;

WHEREAS, the Parties have agreed to extend both sides' deadline to hear dispositive motions to April 8, 2019;

WHEREAS, on June 7, 2017, Plaintiffs filed their Complaint against Defendants;

WHEREAS, on October 31, 2017, Defendants filed their Answer;

WHEREAS, Defendants have reviewed their Answer and wish to slightly amend it to include an additional affirmative defense (a "redline" version is attached hereto as **Exhibit A**.);

WHEREAS, Plaintiffs do not wish to oppose Defendants' request to file the Amended Answer;

WHEREAS, the Parties have agreed that Defendants' Amended Answer be filed within three (3) business days of the Court signing the order allowing it;

WHEREAS, the Parties have agreed that Plaintiffs shall have ninety (90) days

PALMER LAW GROUP
2443 Fair Oaks Boulevard, No. 545
Sacramento, CA 95825
Telephone: (916) 972-0761

from the date of filing to conduct limited scope discovery relating to the amendment;

WHEREAS, the Parties have agreed the Plaintiffs' deadline to hear discovery motions within the limited scope of the amendment be extended to one-hundred ten days from the date of filing the amendment;

WHEREAS, the Parties initially submitted stipulations to this affect but were notified that the trial must be continued in order to preserve scheduling limitations;

WHEREAS, the Parties now agree to continue trial on this matter to August 13, 2019 at 9:00 a.m.;

WHEREAS, the Parties now also agree to continue the Pretrial Conference to June 10, 2019 at 1:30 p.m.;

WHEREAS, good cause exists for granting the Ex Parte Application based on the Parties' request to extend theses deadline in accordance with Federal Rules of Civil Procedure;

Good cause having been shown, the Parties respectfully request that the Court grant the Ex Parte Application and extend these deadlines as set forth above.

NOW THEREFORE, the Parties HEREBY STIPULATED AND AGREE AS FOLLOWS:

1. The Ex Parte Application by Plaintiffs is granted subject to the following revisions to the order;
2. The deadline to disclose expert reports shall be retroactively extended to January 4, 2019;
3. The deadline for Defendants to disclose rebuttal reports shall be extended to February 20, 2019;
4. The deadline for all Parties to conduct expert discovery shall be extended to March 6, 2019;
5. The deadline for all Parties to hear dispositive motions shall be extended to April 8, 2019;
6. The trial in this matter will be continued to August 13, 2019 at 9:00a.m.;

OBJECTION TO MOSES JOSEPH'S MOTION TO CONTINUE HEARING

2

7. The final Pretrial Conference shall be continued to June 10, 2019 at 1:30 p.m.;
8. Defendants shall have three (3) business days to file and serve the Amended Answer as proposed herein;
9. The deadline to conduct limited discovery relating only to the amendment shall be extended to ninety (90) days from the date it is filed;
10. The deadline to hear discovery motions related solely to the limited scope of discovery set forth in Paragraph 9, above, shall be extended to one-hundred ten (110) days from the date the amendment is filed.

DATED: January 25, 2019	**FRY LAW CORPORATION**

By: */s/ Christopher J. Fry*
Christopher J. Fry, Esq.
*Attorney for Plaintiffs*

DATED: January 25, 2019	**LAW OFFICE OF SPENCER T. MALYSIAK LAW CORP**

By: */s/Richard Shoemaker-Moyle*
Richard Shoemaker-Moyle, Esq.
*Attorney for Defendants*

*Order on the next page….*

**ORDER**

Based upon the Stipulation submitted by and between PAUL LEHR and COLLEN LEHR ("Plaintiffs"), on the one hand, and Defendants FRANK M. PERRI; PERRI ELECTRIC, INC., a California Corporation; (collectively "Defendants"), on the other hand, it is hereby **ORDERED**:

1. The Ex Parte Application by Plaintiffs is granted subject to the following revisions to the order;
2. The deadline to disclose expert reports shall be retroactively extended to January 4, 2019;
3. The deadline for Defendants to disclose rebuttal reports shall be extended to February 20, 2019;
4. The deadline for all Parties to conduct expert discovery shall be extended to March 6, 2019;
5. The deadline for all Parties to hear dispositive motions shall be extended to April 8, 2019;
6. The trial in this matter will be continued to August 13, 2019 at 9:00a.m.;
7. The final Pretrial Conference shall be continued to June 10, 2019 at 1:30 p.m.;
8. Defendants shall have three (3) business days to file and serve the Amended Answer as proposed herein;
9. The deadline to conduct limited discovery relating to the amendment shall be extended to ninety (90) days from the date it is filed;
10. The deadline to hear discovery related motions as to the limited discovery shall be extended to one-hundred ten (110) days from the date the amendment is filed.
11. Dated: January 25, 2019

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PALMER LAW GROUP
2443 Fair Oaks Boulevard, No. 545
Sacramento, CA 95825
Telephone: (916) 972-0761