**Spencer T. Malysiak**
State Bar #084654
**Richard D. Shoemaker-Moyle**
State Bar #265859
**SPENCER T. MALYSIAK LAW CORPORATION**
3500 Douglas Blvd, Suite 200
Roseville, CA 95661
Telephone: (916) 788-1020
Facsimile: (916) 788-0404

Attorney for Defendants
FRANK M. PERRI and PERRI ELECTRIC, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL LEHR and COLLEEN LEHR, | Case No: 2:17-cv-01188 WBS GGH |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO SERVE REBUTTAL EXPERT WITNESS REPORT AND COMPLETE EXPERT DISCOVERY** |
| vs. | |
| FRANK M. PERRI; PERRI ELECTRIC, INC.; PERRI ELECTRIC INC. PROFIT SHARING PLAN; PERRI ELECTRIC INC. PROFIT SHARING TRUST; and DOES 1-50, | |
| Defendants. | |

This stipulation is made pursuant to Local Rule 143, to extend the time in which Defendants FRANK M. PERRI and PERRI ELECTRIC, INC. ("Defendants") may disclose their rebuttal expert witness report to Plaintiffs PAUL LEHR and COLLEEN LEHR ("Plaintiffs"). The parties have entered the following stipulation:

///

IT IS HEREBY STIPULATED by and between Defendants and Plaintiffs that:

1. On January 25, 2019, this Court entered an Order modifying the Amended Scheduling Order pursuant to the stipulation of Plaintiffs and Defendants (the "Order").

2. The Order provides February 20, 2019, as the deadline for Defendants to disclose their rebuttal expert report to Plaintiffs.

3. The Order also provides March 6, 2019, as the deadline for all Parties to complete expert discovery.

4. Defendants requested an extension of one (1) week for service of their rebuttal expert's report in order to allow him adequate time finalize his opinions. Defendants previously disclosed their rebuttal expert, Alex Brucker, to Plaintiffs on January 2, 2019. Mr. Brucker has been diligently working on reviewing the facts of this case. However, given the extensive history of litigation and voluminous discovery in this matter, he requires an additional week to complete his report.

5. To offset any prejudice caused to Plaintiffs by this extension, Defendants offered an extension of all expert discovery by one (1) week.

6. As such, the Parties agree and stipulate to extend Defendants' deadline to serve their rebuttal expert report to Plaintiffs by one (1) week, to February 27, 2019.

7. The Parties further agree and stipulate to extend the deadline for all expert discovery by one (1) week to March 13, 2019, in order to coincide with the extension discussed, above.

8. The Parties further agree and stipulate that the remaining deadlines within the Court's Order stand so as not to cause any additional burden to the Court.

///

///

///

9. Good cause having been shown, the Parties respectfully request that the Court grant the stipulated extension of deadlines to the dates set forth above.

Date: February 15, 2019   \_\_/s/_____
RICHARD D. SHOEMAKER-MOYLE
Attorney for Defendants
FRANK M. PERRI and PERRI ELECTRIC, INC.


Date: February 15, 2019   \_/s/_____
CHRISTOPHER J. FRY
Attorney for Plaintiffs PAUL LEHR and
COLLEEN LEHR

## ORDER

Based upon the Stipulation submitted by and between Defendants FRANK M. PERRI and PERRI ELECTRIC, INC., a California Corporation ("Defendants"), and Plaintiffs PAUL LEHR and COLLEEN LEHR ("Plaintiffs"), it is hereby **ORDERED**:

1. The deadline for Defendants to disclose rebuttal expert witness reports to Plaintiffs shall be extended to February 27, 2019; and
2. The deadline for all Parties to complete expert discovery shall be extended to March 13, 2019.
3. All other deadlines in the Court's prior Order dated January 25, 2019, shall remain in full force and effect.

Dated: February 20, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE