Christopher J. Fry, Esq. (SBN: 298874)
    Email: cfry@frylawcorp.com
**FRY LAW CORPORATION**
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 291-0700
Facsimile: (916) 848-0256

Attorneys for Plaintiffs,
**PAUL LEHR and COLLEEN LEHR**

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| PAUL LEHR and COLLEN LEHR,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>FRANK M. PERRI; PERRI ELECTRIC, INC., a California Corporation; PERRI ELECTRIC INC. PROFIT SHARING PLAN; PERRI ELECTRIC INC. PROFIT SHARING TRUST FUND; and DOES 1-50,<br><br>　　　　Defendants. | **CASE NO.:** 2:17-cv-01188 WBS GGH<br><br>**STIPULATION RE CONTINUANCE OF MOTION FOR ATTORNEY'S FEES**<br><br>[*Order filed concurrently herewith.*]<br><br>**Date:** June 17, 2019<br>**Time:** 1:30 p.m.<br>**Courtroom:** 5, 14th Floor<br>**Judge:** Hon. William B. Shubb<br><br>**Trial:** June 25, 2019<br><br>**Action Filed:** June 7, 2017 |

**STIPULATION RE CONTINUANCE**

IT IS HEREBY AND AGREED, between Plaintiffs PAUL LEHR and COLLEN LEHR ("Plaintiffs"), Defendants FRANK M. PERRI and PERRI ELECTRIC, INC., a California Corporation; (collectively "Defendants"), through their respective counsel of record, as follows:

WHEREAS, on May 7, 2019, Defendants filed their motion for attorney's fees set for June 17, 2019 and supporting documents;

WHEREAS, on May 8, 2019, Plaintiffs filed their Notice of Appeal;

WHEREAS, the Parties have agreed to continue the hearing and any related deadlines on said motion for attorney's fees until July 15, 2019 or as soon thereafter;

Good cause having been shown, the Parties respectfully request that the Court extend these deadlines as set forth above.

NOW THEREFORE, the Parties HEREBY STIPULATED AND AGREE AS FOLLOWS:

1. The June 17, 2019 hearing shall be continued to July 15, 2019 with any and all deadlines conforming to the new date.

DATED: May 30, 2019     **FRY LAW CORPORATION**

By: /s/ Christopher J. Fry
Christopher J. Fry, Esq.
*Attorney for Plaintiffs*

DATED: May 30, 2019     **LAW OFFICE OF SPENCER T. MALYSIAK LAW CORP**

By: /s/Richard Shoemaker-Moyle
Richard Shoemaker-Moyle, Esq.
*Attorney for Defendants*

---

**STIPULATION RE CONTINUANCE**
Case No. 2:17-cv-01188 WBS GGH
1

**ORDER**

Based upon the Stipulation submitted by and between PAUL LEHR and COLLEN LEHR ("Plaintiffs"), on the one hand, and Defendants FRANK M. PERRI; PERRI ELECTRIC, INC., a California Corporation; (collectively "Defendants"), on the other hand, it is hereby **ORDERED**:

1. The June 17, 2019 hearing shall be continued to July 15, 2019 at 1:30 p.m., with any and all deadlines conforming to the new date.
2. The Pretrial Conference is continued to July 22, 2019 at 1:30 p.m.

Dated: May 30, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE
## UNITED STATES DISTRICT COURT

I am employed in the County of Sacramento, State of California. I am over the age of 18 and not a party to the within action; my business address is: 980 9th Street, 16th Floor, Sacramento, California 95814.

On May 30, 2019, I served the foregoing document(s) described as:

**STIPULATION RE CONTINUANCE OF MOTION FOR ATTORNEY'S FEES**

on all interested parties in this action by placing [ ] the original [X] a true copy thereof for service as follows:

**Attorneys for Frank M. Perri; Perri Electric, Inc.;**

Spencer T. Malysiak
SPENCER T. MALYSIAK LAW CORPORATION
3500 Douglas Blvd., Suite 200
Roseville, CA 95661
Telephone: (916) 788-1020
Facsimile: (916) 788-0404

[X] BY EMAIL: I hereby certify that I electronically transmitted the attached document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the listed CM/ECF registrants.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of California that the above is true and correct. Executed on May 30, 2019, at Sacramento, California.

*/s/ Christopher J. Fry*
Christopher J. Fry