1  Christopher J. Fry, Esq. (SBN: 298874)
       Email: cfry@frylawcorp.com
2  **FRY LAW CORPORATION**
   980 9th Street, 16th Floor
3  Sacramento, California 95814
   Telephone: (916) 291-0700
4  Facsimile: (916) 848-0256

5  Attorneys for Plaintiffs,
   **PAUL LEHR and COLLEEN LEHR**

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| PAUL LEHR and COLLEN LEHR,<br><br>    Plaintiffs,<br><br>vs.<br><br>FRANK M. PERRI; PERRI ELECTRIC, INC., a California Corporation; PERRI ELECTRIC INC. PROFIT SHARING PLAN; PERRI ELECTRIC INC. PROFIT SHARING TRUST FUND; and DOES 1-50,<br><br>    Defendants. | **CASE NO.:** 2:17-cv-01188 WBS GGH<br><br>**STIPULATION RE CONTINUANCE OF MOTION FOR ATTORNEY'S FEES**<br><br>[~~Proposed~~ Order filed concurrently herewith.]<br><br>**Date:** July 29, 2019<br>**Time:** 1:30 p.m.<br>**Courtroom:** 5, 14th Floor<br>**Judge:** Hon. William B. Shubb<br><br>**Trial:** June 25, 2019<br><br>**Action Filed:** June 7, 2017 |

**STIPULATION RE CONTINUANCE**

1      IT IS HEREBY AND AGREED, between Plaintiffs PAUL LEHR and COLLEN
2 LEHR ("Plaintiffs"), Defendants FRANK M. PERRI and PERRI ELECTRIC, INC., a
3 California Corporation; (collectively "Defendants"), through their respective counsel of
4 record, as follows:
5      WHEREAS, on May 7, 2019, Defendants filed their motion for attorney's fees set
6 for June 17, 2019 and supporting documents;
7      WHEREAS, on May 8, 2019, Plaintiffs filed their Notice of Appeal;
8      WHEREAS, Plaintiffs presently have a motion to enter final judgment or authorize
9 an interlocutory appeal;
10      WHEREAS, the parties have discussed a continuance of the hearing on
11 Defendants' Motion for Attorney's Fees to permit this Court to first rule on Plaintiffs'
12 Motion to Enter Final Judgement or Authorize an Interlocutory Appeal;
13      WHEREAS, the Parties have agreed to continue Defendants' Motion for
14 Attorney's Fees hearing and any related deadlines on said motion for attorney's fees
15 until August 19, 2019 or as soon thereafter;
16      Good cause having been shown, the Parties respectfully request that the Court
17 extend these deadlines as set forth above.
18      NOW THEREFORE, the Parties HEREBY STIPULATED AND AGREE AS
19 FOLLOWS:
20      1. The July 29, 2019 hearing shall be continued to August 19, 2019 with any and
21         all deadlines conforming to the new date.
22
23 DATED: July 9, 2019          **FRY LAW CORPORATION**
24
25                              By: */s/ Christopher J. Fry*
                                    Christopher J. Fry, Esq.
26                                  *Attorney for Plaintiffs*
27
28 _____

**STIPULATION RE CONTINUANCE**
Case No. 2:17-cv-01188 WBS GGH
2



| | | |
|---|---|---|
| 1 | DATED: July 9, 2019 | **LAW OFFICE OF SPENCER T. MALYSIAK LAW CORP** |

DATED: July 9, 2019  **LAW OFFICE OF SPENCER T. MALYSIAK LAW CORP**

By: _/s/Richard Shoemaker-Moyle_
Richard Shoemaker-Moyle, Esq.
*Attorney for Defendants*

### ORDER

Based upon the Stipulation submitted by and between PAUL LEHR and COLLEN LEHR ("Plaintiffs"), on the one hand, and Defendants FRANK M. PERRI; PERRI ELECTRIC, INC., a California Corporation; (collectively "Defendants"), on the other hand, it is hereby **ORDERED** that the July 29, 2019 hearing shall be continued to **August 26, 2019 at 1:30 p.m.** with any and all deadlines conforming to the new date.

Dated: July 9, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

**STIPULATION RE CONTINUANCE**
Case No. 2:17-cv-01188 WBS GGH
3