# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL LEHR and COLLEN LEHR, | **CASE NO.:** 2:17-cv-01188 WBS GGH |
| Plaintiffs, | **ORDER** |
| vs. | |
| FRANK M. PERRI; PERRI ELECTRIC, INC., a California Corporation; PERRI ELECTRIC INC. PROFIT SHARING PLAN; PERRI ELECTRIC INC. PROFIT SHARING TRUST FUND; and DOES 1-50, | |
| Defendants. | |

**ORDER**

Plaintiffs' request to continue the Pretrial Conference is DENIED. A conference remains scheduled for July 22, 2019, at 1:30 p.m. At that conference, counsel should be prepared to discuss the pending Motion for Entry of Final Judgment as well as how plaintiff plans to proceed with respect to the remaining defendants.

Dated: July 10, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE