UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| PAUL LEHR and COLLEEN LEHR,<br><br>  Plaintiffs,<br><br>  v.<br><br>FRANK M. PERRI; PERRI ELECTRIC, INC., a California Corporation; PERRI ELECTRIC INC. PROFIT SHARING PLAN; PERRI ELECTRIC INC. PROFIT SHARING TRUST FUND; and DOES 1-50,<br><br>  Defendants. | No. 2:17-cv-1188 WBS AC<br><br><br>ORDER |

----oo0oo----

For the reasons stated at the hearing on July 22, 2019, the court finds that entry of final judgment under Federal Rule of Civil Procedure 54(b) is inappropriate given the court's interest in a timely resolution of this matter. See Curtiss-Wright Corp. v. Gen. Elec. Co., 446 U.S. 1, 8 (1980) (stating that "a district court must take into account judicial administrative interests as well as the equities involved"). The

1

court further finds that an interlocutory appeal of this court's order on summary judgment (Docket No. 56) would not materially advance the ultimate termination of this litigation nor would it avoid protracted and expensive litigation. See 28 U.S.C. § 1292(b); U.S. Rubber Co. v. Wright, 359 F.2d 784, 785 (9th Cir. 1966).

Accordingly, plaintiffs' Motion for Entry of Final Judgment, Or, In the Alternative, Motion for Certification of an Interlocutory Appeal (Docket No. 72) is DENIED.

Before August 5, 2019, plaintiffs shall (1) request and receive an entry of default from the Clerk of Court as to defendants Perri Electric Inc. Profit Sharing Plan and Perri Electric Inc. Profit Sharing Trust Fund and move for default judgment as to these defendants **OR** (2) enter into a stipulation with an attorney representing Perri Electric Inc. Profit Sharing Plan and Perri Electric Inc. Profit Sharing Trust Fund that resolves plaintiffs' claims against those defendants.

This matter is set for further status conference on August 5, 2019 at 1:30 p.m. in Courtroom 5.

IT IS SO ORDERED.

Dated: July 22, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE