UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| PAUL LEHR and COLLEEN LEHR,<br><br>Plaintiffs,<br><br>v.<br><br>FRANK M. PERRI; PERRI ELECTRIC, INC., a California Corporation; PERRI ELECTRIC INC. PROFIT SHARING PLAN; PERRI ELECTRIC INC. PROFIT SHARING TRUST FUND; and DOES 1-50,<br><br>Defendants. | No. 2:17-cv-1188 WBS AC<br><br>ORDER |

----oo0oo----

Perri Electric Inc. Profit Sharing Plan and Perri Electric Profit Sharing Trust Fund have improperly brought their motion to dismiss (Docket No. 91) under Federal Rule of Civil Procedure 12(b)(1). See Leeson v. Transam. Disability Income Plan, 671 F.3d 969, 977 (9th Cir. 2012) ("[W]hether a plaintiff has statutory standing in an ERISA action is a merits-based

1

determination, not a subject matter jurisdiction issue."). Because this motion concerns a substantive element of plaintiffs' claims, see id. at 979, and matters outside the pleadings, the court will treat this motion as one for summary judgment under Rule 56. See Fed. R. Civ. P. 12(d). The motion is currently set for hearing on September 9, 2019. Accordingly, the parties shall file any evidence and supplemental briefs they may wish to be considered on the motion by September 3, 2019.

IT IS SO ORDERED.

Dated: August 29, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE