UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| PAUL LEHR and COLLEEN LEHR,<br><br>    Plaintiffs,<br><br>    v.<br><br>FRANK M. PERRI; PERRI ELECTRIC, INC., a California Corporation; PERRI ELECTRIC INC. PROFIT SHARING PLAN; PERRI ELECTRIC INC. PROFIT SHARING TRUST FUND; and DOES 1-50,<br><br>    Defendants. | No. 2:17-cv-1188 WBS AC<br><br>ORDER |

----oo0oo----

Plaintiffs request additional time to respond to the submissions of defendants Perri Electric Inc. Profit Sharing Plan and Perri Electric Profit Sharing Trust Fund, filed in support of their motion to dismiss, which this court converted to a motion for summary judgment under Federal Rule of Civil Procedure 12(d). (Docket No. 104.) In light of plaintiffs' representations and

1

the relatively short period between the scheduled hearing and the date the motion was converted to a motion for summary judgment, the request for additional time (Docket No. 104) is GRANTED. See Fed. R. Civ. P. 12(d) and 56(d)(2). The hearing on the motion is reset for October 7, 2019 at 1:30 p.m. Plaintiffs' amended opposition and evidence shall be filed by September 20, 2019. Any amended reply and evidence from defendants shall be filed by September 27, 2019.

IT IS SO ORDERED.

Dated: September 6, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE